No. 915 (October Term 1938). CITY OF LOS ANGELES v. BORAX CONSOLIDATED, LTD., ET AL. October 9, 1939. 307 U. S. 644.

No. 919 (October Term 1938). KAMMERER v. NEW YORK. October 9, 1939. 307 U. S. 628.

No. 921 (October Term 1938). MARSHALL COUNTY BANK v. CROWTHER. October 9, 1939. 307 U. S. 644.

No. 929 (October Term 1938). FIRST NATIONAL BANK, ADMINISTRATOR, v. UNITED STATES. October 9, 1939. 307 U. S. 641.

No. 945 (October Term 1938). CITY & COUNTY OF DENVER v. COLORADO. October 9, 1939. 307 U. S. 615.

No. 960 (October Term 1938). TRUSTEES OF LUMBER INVESTMENT ASSN. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. 307 U. S. 647.

No. 962 (October Term 1938). MARTINI v. JOHNSTON, WARDEN. October 9, 1939. 307 U. S. 642.

No. 966 (October Term 1938). STEPHENSON v. COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. 307 U. S. 647.

No. 974 (October Term 1938). FARNSWORTH v. SANFORD, WARDEN. October 9, 1939. 307 U. S. 642.